# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHARLES McNELTON, )<br>　　　　Petitioner, )<br>vs. )<br>RENEE BAKER, *et al.*, )<br>　　　　Respondents. )<br> ) | 2:00-cv-0284-RCJ-CWH<br><br>**ORDER** |

　　　　On August 29, 2007, this court entered a stay in the federal proceedings to allow petitioner to exhaust the unexhausted claims in his amended petition. ECF No. 104. On April 4, 2013, petitioner filed a motion to lift the stay and reopen these proceedings, indicating that his state court proceedings have been concluded. ECF No. 127. Respondents have not filed an opposition or other response to petitioner's motion.

　　　　Good cause appearing, the court shall reopen proceedings in this matter. In addition, petitioner will be allowed the opportunity to file an amended petition. However, petitioner is cautioned that, as provided in the order granting the stay, an amended petition shall contain only claims for which he has exhausted state court remedies. ECF No. 104, p. 5.

　　　　**IT IS THEREFORE ORDERED** that petitioner's motion to lift stay (ECF No. 127) is GRANTED. The clerk shall administratively REOPEN this action. The stay of this action is lifted.

　　　　**IT IS FURTHER ORDERED** that petitioner shall have **ninety (90) days** from the date this

order is entered within which to file an amended petition for habeas corpus relief. The amended petition shall contain only exhausted claims. Upon the filing of the amended petition or the expiration of time allotted for that purpose, the court shall schedule further proceedings in this case.

DATED:   April 25, 2013.

_____
UNITED STATES DISTRICT JUDGE